Todd S. Cushner, Esq.
Cushner & Associates, P.C.
*Attorneys for Debtor*
399 Knollwood Road, Suite 205
White Plains, New York 10603
(914) 600-5502 / (914) 600-5544
todd@cushnerlegal.com

HEARING DATE:  JANUARY 8, 2020
HEARING TIME:  10:00 A.M.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

IN RE:                                                    CHAPTER 13

JOHN MICHAEL MULHERE, JR.,                CASE NO. 19-23720 (SHL)

DEBTOR
---------------------------------------------------------X

### NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR THE DEBTOR JOHN MICHAEL MULHERE, JR. PURSUANT TO S.D.N.Y. LOCAL RULE 2090-1(e) AND DR 2-110(C)

**PLEASE TAKE NOTICE**, that upon the annexed Motion of Cushner & Associates, P.C., dated December 16, 2019, the undersigned will move this Court before the Hon. Sean H. Lane, U.S. Bankruptcy Judge, at the U.S. Bankruptcy Courthouse, 300 Quarropas Street, White Plains, NY 10601 on **JANUARY 8, 2020 at 10:00 A.M.**, or as soon thereafter as counsel can be heard for an Order, pursuant to SDNY Local Rule 2090-1(e) and DR 2-110(C), permitting the law firm of Cushner & Associates, P.C. to withdraw as the debtor John Michael Mulhere, Jr.'s, (the "Debtor") attorney of record; and for such other and further relief as to the Court may seem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon Cushner & Associates, P.C., 399 Knollwood Road, Suite 205, White Plains, New York 10603 Attn: Todd S. Cushner, Esq. so as to be received no later

than seven (7) days before the Hearing Date.

Dated: White Plains, New York
        December 16, 2019

                                        Respectfully submitted,


                                By:     */s/ Todd S. Cushner*
                                        Todd S. Cushner, Esq.
                                        Cushner & Associates, P.C.
                                        *Attorneys for the Debtor*
                                        399 Knollwood Road, Suite 205
                                        White Plains, New York 10603
                                        (914) 600-5502 / (914) 600-5544
                                        todd@cushnerlegal.com


See Affidavit of Service Attached.

2