**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

IN RE:                                                    CHAPTER 13

    JOHN MICHAEL MULHERE, JR.,                    CASE NO. 19-23720 (SHL)

        DEBTOR
-------------------------------------------------------X

### ORDER PERMITTING THE LAW FIRM OF CUSHNER & ASSOCIATES, P.C. TO WITHDRAW AS ATTORNEYS OF RECORD FOR THE DEBTOR, JOHN MICHAEL MULHERE, JR. PURSUANT TO SDNY LOCAL RULE 2090-1(e)

Cushner & Associates, P.C., in the above-referenced case, having moved this Court for an Order permitting it to withdraw as attorneys for record the debtor John Michael Mulhere, Jr. (the "Debtor") pursuant to SDNY Local Rule 2090-1(e) as set forth in the annexed Motion, dated December 16, 2019, and upon reading and filing of the Notice of said Motion and Motion, dated December 16, 2019, in support thereof, and after a hearing held on January 8, 2020 at 10:00 a.m., in support of the Motion, and there having been no appearance in opposition thereto, and due deliberation having been had thereon,

**NOW,** on motion of Cushner & Associates, P.C., pursuant to SDNY Local Rule 2090-1(e), and it is

**ORDERED,** that Cushner & Associates, P.C. are no longer attorneys of record for the debtor, John Michael Mulhere, Jr. and have been discharged of any obligation or responsibility for representing the Debtor during the pendency of the instant Motion and the Debtor's Chapter 13 Case.

Dated: White Plains, New York
                _____, 2020

                                   _____

                                   Honorable Sean H. Lane
                                   United States Bankruptcy Judge