**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

In re:                                                    Chapter 13

   John Michael Mulhere, Jr.                    Case No. 19-23720 (SHL)

            Debtor

--------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
COUNTY OF WESTCHESTER   ) ss.:

    I, Svitlana Melnyk, being duly sworn, deposes and says:  I am not a party to the action, I am over 18 years of age and I reside in Rockland County, New York.

    On **December 16, 2019**, I served the within: **Notice of Motion, Motion and Proposed Order** upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a paid properly addressed wrapper in an official depository under the exclusive care and custody of United States Postal Service within the State of New York via first class mail to:

           See attached Mailing Matrix for all parties served.

Hon. Sean H. Lane
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 24
White Plains, New York 10601


                              */s/ Angela Lemus*
                               Angela Lemus

Sworn before me on this
16th day of December, 2019

*/s/ Todd S. Cushner*
Todd S. Cushner
REG # 02CU6071553
Notary Public, State of New York
Certified in Queens County
NY Commission Expires 3/18/2022

2221 Palmer Ave Corp.
c/o The Ferrara Management Group, Inc.
80 Business Park Drive, Suite 307
Armonk, NY 10504-1705

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO  PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ 07921-2693

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CAPITAL ONE BANK (USA), N.A.
4851 COX ROAD
GLEN ALLEN, VA 23060-6293

CENTRAL CREDIT SERVICES, LLC
9550 REGENCY SQUARE BLVD
SUITE 500 A
JACKSONVILLE, FL 32225-8169

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Chase Card
PO Box 15298
Wilmington DE 19850-5298

Child Support
PO Box 14
Albany NY 12201-0014

College of New Rochelle
29 Castle Pl
New Rochelle NY 10805-2339

Consolidated Edison Company of New York, Inc
4 IRVING PLACE ROOM 1875S
NEW YORK, NY 10003-3502

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls WI 53051-7096

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

METROPOLITAN THERAPY ASSOC.
157 E 86TH STREET
NEW YORK, NY 10028-2175

NYS DEPT OF SOCIAL SERVICES
ATTN: BANKRUPTCY
40 NORTH PEARL ST
ALBANY, NY 12243-0001

NYS DEPT. OF TAX & FINANCE
WA HARRIMAN CAMPUS
ALBANY, NY 12227-0001

Pendrick Capital Partners, LLC
Peritus Portfolio Services II, LLC
PO BOX 141419
IRVING, TX  75014-1419

(p)PHOENIX FINANCIAL SERVICES LLC
PO BOX 361450
INDIANAPOLIS IN 46236-1450

RUBIN & ROTHMAN, LLC
1787 VETERANS HIGHWAY SUITE 32
PO BOX 9003
ISLANDIA, NY 11749-9003

Receivable Management
240 Emery Street
Bethlehem PA 18015-1980

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

US Dept of Ed/GSL/ATL
PO Box 4222
Iowa City IA 52244

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-7016

VERIZON WIRELESS
ATTN: VERIZON BANKRUPTCY
500 TECHNOLOGY DR, STE 500
WELDON SPRINGS, MO 63304-2225

Verizon
PO Box 650584
Dallas TX 75265-0584

John Michael Mulhere, Jr.
2221 Palmer Ave #3N
New Rochelle, NY 10801-3065

Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603-1931



